PROB 12C
Rev (12/98)

Case: 3:18-cr-00097-WHR Doc #: 46 Filed: 04/10/23 Page: 1 of 2 PAGEID #: 2
Case 23-mj-09080-JD Document 1-4 Filed 04/17/23 Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF OHIO

## Amended Petition for Warrant or Summons for Offender Under Supervision

### (Amending Violation #1 to Reflect Conviction and Disposition)

| | | |
|---|---|---|
| Name of Offender: | **Nathan Lee Jarvis** | Case Number: **3:18CR97** |
| Name of Sentencing Judicial Officer: | **The Honorable Walter H. Rice** <br> **U.S. District Judge** | |
| Date of Original Sentence: | **May 22, 2019** | |
| Original Offense: | **Felon in Possession of a Firearm, a Class C felony, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2)** | |
| Original Sentence: | **5 years probation** | |
| | <u>**March 3, 2021**</u>: **Probation revoked, 36 months imprisonment to be served consecutively to Montgomery County Court of Common Pleas, Case No. 2020CR00661, 3 years supervised release** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **November 24, 2021** |
| Assistant U.S. Attorney: **Brent Tabacchi** | | Defense Attorney: **To be appointed or retained** |

## PETITIONING THE COURT

☒ To issue a Warrant **(Warrant previously issued on August 1, 2022, and lodged as a detainer against Nathan Lee Jarvis.)**

☐ To issue a Summons

☐ To grant an exception to revocation without a hearing

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 (Amended) | Nathan Lee Jarvis allegedly violated the mandatory condition requiring him to not commit another federal, state, or local crime. On January 3, 2023, Nathan Lee Jarvis was sentenced for a conviction of Having Weapons While Under Disability (Prior Drug Conviction) (F-3) in the Montgomery County, Ohio Court of Common Pleas, Case No. 2022CR02026. Nathan Lee Jarvis was sentenced to five years community control supervision. |

Sealed Under S. D. Ohio Crim. R. 32.2
Unauthorized Disclosure is Prohibited

## U.S. Probation Officer Recommendation:

The term of supervision should be

☒ Revoked

☐ Extended for [ --- ] years, for a total term of [ --- ] years

☐ Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)

☐ The conditions of supervision should be modified as follows:

Respectfully submitted,                    Reviewed & Approved,

*Laura A. Sebulsky* 3/3/2023              *Melissa R Dues* 3/3/2023

Laura A. Sebulsky                          Melissa Dues
Senior U.S. Probation Officer              Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action

☒ The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest. **The signed Probation Form 12C (Petition for Action), as well as the warrant for arrest, is to be filed under seal in the Electronic Case File (ECF) system until such time as the warrant is executed. (Warrant previously issued on August 1, 2022, and lodged as a detainer against Nathan Lee Jarvis.)**

☐ The Issuance of a Summons

☐ The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.

☐ Other:

*Walter H. Rice*
Signature of Judicial Officer

3-7-23
Date

Sealed Under S. D. Ohio Crim. R. 32.2
Unauthorized Disclosure is Prohibited